**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Case No. 3:19-cv-478-J-39PDB

CHARLES SIMMONS, individually
and on behalf of those similarly
situated,

  Plaintiff,

v.

BANK OF AMERICA CORPORATION,

  Defendant.
_____/

**DEFENDANT BANK OF AMERICA, N.A.'S *UNOPPOSED* MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT**

  Pursuant to Rule 6(b), Fed. R. Civ. P., and Local Rule 3.1, L.R. M.D. Fla., Defendant Bank of America, N.A. ("Bank of America"), by and through undersigned counsel, hereby files this Unopposed Motion for a ten-day extension of time within which to respond to Plaintiff's Class Action Complaint. Because good cause exists for the requested extension of time, which Plaintiff does not oppose, the Court should grant this Unopposed Motion, in further support of which Bank of America states as follows:

  1. On April 30, 2019, Bank of America was served with the Summons and Class Action Complaint in this matter. [ECF No. 1.]

  2. Bank of America's response to the Class Action Complaint is currently due on May 21, 2019. *See* Fed. R. Civ. P. 12(a)(1)(a)(i).

  3. Undersigned counsel was just recently retained to represent Bank of America in

this action.  Given this recent retention, as well as the various factual and legal issues raised in the Class Action Complaint and the press of other professional commitments, Bank of America seeks a reasonable extension of time of ten days, through and including May 31, 2019, within which to respond to the Class Action Complaint.

4. The requested extension of time is made in good faith, not for purposes of delay, and will not prejudice any party or the Court.  No other enlargements of time have previously been requested in this case, and Bank of America will not use the granting of this request in support of a motion to extend another date or deadline.

For the foregoing reasons, Bank of America respectfully requests that the Court enter an Order granting this Unopposed Motion and allowing Bank of America a brief extension of time through and including May 31, 2019 to respond to the Class Action Complaint.

## RULE 3.01(g) CERTIFICATION

The undersigned has conferred with counsel for Plaintiff and confirmed that Plaintiff does *not* oppose the relief sought in this motion.

Dated:   May 10, 2019

Respectfully submitted,

By: */s/ Allen P. Pegg*
Allen P. Pegg
Fla. Bar No. 597821
Paige S. Comparato
Fla. Bar No. 1002942
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Telephone:  (305) 459-6500
Facsimile:   (305) 459-6550
allen.pegg@hoganlovells.com
paige.comparato@hoganlovells.com

*Attorneys for Defendant Bank of America Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

          By: */s/ Allen P. Pegg*
              Allen P. Pegg
              Fla. Bar No. 597821
              allen.pegg@hoganlovells.com