
# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHARLES SIMMONS,

    Plaintiff,

v.

BANK OF AMERICA CORPORATION,

    Defendant.

**Case No. 3:19-cv-00478-BJD-PDB**

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08 of the United Stated District Court for the Middle District of Florida, Plaintiff Charles Simmons ("Plaintiff") and Defendant Bank of America, N.A.[1] ("Defendant," and together with Plaintiff, the "Parties") hereby jointly notify the Court that they have reached a settlement in this action, and a Final Settlement Agreement and Release has been fully executed by the Parties, as of November 21, 2019.  The Settlement Agreement resolves all claims against Defendant in this action and will result in Plaintiff filing a notice of voluntary dismissal with prejudice.

    Dated:  November 22, 2019

---

[1] Plaintiff originally brought this action against Bank of America Corporation, but Bank of America Corporation is a stock holding company that has no employees and does no business.  Bank of America's consumer banking is done by Bank of America, N.A.  Accordingly, Bank of America, N.A., as the real party in interest, has been referred to as the Defendant throughout this action in all pleadings by Defendant.

Respectfully submitted,

By: */s/ Allen P. Pegg*
Allen P. Pegg
Florida Bar No. 597821
Paige S. Comparato
Florida Bar No. 1002942
**HOGAN LOVELLS US LLP**
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Telephone:   305-459-6500
Facsimile:   305-459-6550
allen.pegg@hoganlovells.com
paige.comparato@hoganlovells.com

*Counsel for Bank of America, N.A.*

By: */s/ Scott A. Bursor*
Scott A. Bursor
Florida Bar No. 68362
**BURSOR & FISHER, P.A.**
2665 S. Bayshore Dr. Ste. 220
Miami, FL
Telephone:   305-330-5512
Facsimile:   305-989-9163
scott@bursor.com

*Counsel for Charles Simmons*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2019, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: */s/ Allen P. Pegg*
Allen P. Pegg
Florida Bar No. 597821