UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **CHARLES SIMMONS, individually and on behalf of all others similarly situated**<br><br>    Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA CORPORATION,**<br><br>    Defendant. | **Case No. 3:19-cv-00478-BJD-PDB** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Charles Simmons and Defendant Bank of America, N.A., by and through the undersigned counsel of record, hereby stipulate to dismiss with prejudice all claims and defenses asserted by and between them in this action.

Each side shall bear its own attorneys' fees and costs.

**SO STIPULATED**

Date: November 25, 2019

By: */s/ Scott A. Bursor*
     Scott A. Bursor

**BURSOR & FISHER, P.A.**
Scott A. Bursor  (State Bar No. 68362)
2665 S. Bayshore Dr. Ste. 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (212) 989-9163
Email: scott@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (admitted *pro hac vice*)
888 Seventh Avenue
New York, NY 10106
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiff*


By: */s/ Allen P. Pegg*
Allen P. Pegg
Fla. Bar No. 597821
Paige S. Comparato
Fla. Bar No. 1002942
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
allen.pegg@hoganlovells.com
paige.comparato@hoganlovells.com

*Attorneys for Defendant*