UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES SIMMONS, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                       Case No. 3:19-cv-478-J-39PDB

BANK OF AMERICA CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. No. 33; Stipulation) filed on November 25, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

ORDERED:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 3rd day of December, 2019.

_____
BRIAN J. DAVIS
United States District Judge

- 2 -

cs

Copies to:

Counsel of Record